UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Adventist Health System Sunbelt Healthcare Corporate *d/b/a* AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Beverly Community Hospital Association *d/b/a* Beverly Hospital; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System *d/b/a* Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health Care Services; Iowa Health System *d/b/a* UnityPoint Health; Knight Health Holdings, LLC; LifePoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc; Rochester Regional Health; Sound Inpatient Physicians, Inc.; Sutter Health; and The University of Wisconsin Hospitals and Clinics Authority,<br><br>Plaintiffs,<br><br>v.<br><br>Blue Cross and Blue Shield Association; Blue Cross and Blue Shield of Illinois; Anthem, Inc. *d/b/a* Anthem Blue Cross Life and Health Insurance Company; Elevance Health, Inc. *f/k/a* Anthem, Inc.; Health Care Service Corporation; Cambia Health Solutions, Inc.; CareFirst, Inc.; Premera Blue Cross; Blue Cross and Blue shield of Alabama, Premera Blue Cross *d/b/a* Blue Cross Blue shield of Alaska; Prosano, Inc., and Blue Cross Blue Shield of Arizona, Inc.; USAble Mutual Insurance Company *d/b/a* Arkansas Blue Cross and Blue Shield; Blue Cross of California *d/b/a* Anthem Blue Cross; California Physicians' Service, Inc. *d/b/a* Blue Shield of California; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Colorado; Anthem Health Plans, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Connecticut; Highmark, Inc. *f/k/a* Highmark Health Services; Highmark BCBSD, Inc. *d/b/a* Highmark Blue Cross Blue Shield Delaware; Group Hospitalization and Medical Services, Inc. *d/b/a* | No. 1:25-cv-02367<br><br>**STIPULATED ORDER REGARDING RESPONSIVE PLEADING DEADLINE** |

CareFirst BlueCross BlueShield; GuideWell Mutual Holding Corporation and Blue Cross and Blue Shield of Florida, Inc.; Blue Cross Blue Shield of Georgia, Inc.; Hawaii Medical Service Association *d/b/a* Blue Cross and Blue Shield of Hawaii; Blue Cross of Idaho Health Service, Inc.; Regence BlueShield of Idaho, Inc.; Anthem Insurance Companies, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Indiana; Wellmark, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of Iowa; Blue Cross and Blue Shield of Kansas, Inc.; Anthem Health Plans of Kentucky, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Kentucky; Louisiana Health Service and Indemnity Company *d/b/a* Blue Cross and Blue Shield of Louisiana; Anthem Health Plans of Maine, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Maine and *d/b/a* Associated Hospital Service; CareFirst of Maryland, Inc. *d/b/a* CareFirst BlueCross BlueShield; Blue Cross Blue Shield of Massachusetts, Inc.; Blue Cross Blue Shield of Michigan; Aware Integrated, Inc. *d/b/a* Blue Cross and Blue Shield of Minnesota; BlueCross BlueShield of Mississippi; HMO Missouri, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Missouri; Blue Cross Blue Shield of Kansas City, Inc.; BlueCross BlueShield of Montana; Caring For Montanans, Inc. *d/b/a* Blue Cross Blue Shield of Montana, Inc.; Goodlife Partners, Inc., and Blue Cross Blue Shield of Nebraska; Rocky Mountain Hospital and Medical Service, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Nevada; Anthem Health Plans of New Hampshire, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of New Hampshire; Horizon Healthcare Services, Inc. *d/b/a* Horizon Blue Cross Blue Shield of New Jersey; Blue Cross and Blue Shield of New Mexico; HealthNow New York Inc.; BlueShield of Northeastern New York; BlueCross BlueShield of Western New York, Inc.; Anthem HealthChoice Assurance, Inc. *f/k/a* Empire HealthChoice Assurance, Inc. *d/b/a* Empire BlueCross BlueShield, Excellus Health Plan, Inc. *d/b/a* Excellus BlueCross BlueShield; Blue Cross and Blue Shield Of North Carolina, Inc.; Noridian Mutual Insurance Company *d/b/a* Blue Cross Blue Shield of North Dakota; Community Insurance Company *d/b/a* Anthem Blue Cross and Blue Shield

of Ohio; Blue Cross and Blue Shield of Oklahoma, Regence BlueCross BlueShield of Oregon; Capital Blue Cross; Highmark Health Services, Inc. *d/b/a* Highmark Blue Cross Blue Shield and *d/b/a* Highmark Blue Shield; Independence Blue Cross; Triple-S Salud, Inc.; Blue Cross and Blue Shield of Rhode Island; Blue Cross Blue Shield of South Carolina Inc; Wellmark of South Dakota, Inc. *d/b/a* Wellmark Blue Cross and Blue Shield of South Dakota; BlueCross BlueShield of Tennessee, Inc., Blue Cross and Blue Shield of Texas; Regence BlueCross BlueShield of Utah; Blue Cross and Blue Shield of Vermont; Anthem Health Plans of Virginia, Inc. *d/b/a* Anthem Blue Cross and Blue Shield of Virginia, Inc.; Regence BlueShield; Highmark West Virginia, Inc. *d/b/a* Highmark Blue Cross Blue Shield West Virginia; Blue Cross Blue Shield of Wisconsin *d/b/a* Anthem Blue Cross and Blue Shield of Wisconsin; and Blue Cross Blue Shield of Wyoming,

        Defendants.

Plaintiffs Adventist Health System Sunbelt Healthcare Corporate *d/b/a* AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Beverly Community Hospital Association *d/b/a* Beverly Hospital; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System *d/b/a* Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health Care Services; Iowa Health System *d/b/a* UnityPoint Health; Knight Health Holdings, LLC; LifePoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc; Rochester Regional Health; Sound Inpatient Physicians, Inc.; Sutter Health; and The University of Wisconsin Hospitals and Clinics Authority (together, "Plaintiffs") and Defendant Blue Cross Blue Shield Association and its undersigned Defendant Member Plans

3

(together, "Defendants") (collectively the "Parties") by and through their respective undersigned counsel of record, submit this joint stipulation based on the following facts:

**WHEREAS**, Plaintiffs filed a complaint initiating the above-captioned action on March 5, 2025;

**WHEREAS**, on April 17, 2025, Plaintiffs requested Defendants waive service of process pursuant to Federal Rule of Civil Procedure 4(d)(1);

**WHEREAS**, Defendants agreed to promptly return executed waivers of service of process;

**WHEREAS**, the earliest deadline for responsive pleadings therefore will be June 17, 2025;

**WHEREAS**, Defendants notified the Judicial Panel on Multidistrict Litigation ("JPML") that the above-captioned action is a potential tag-along action to the cases currently proceeding in the Northern District of Alabama as part of MDL No. 2406, *In re Blue Cross Blue Shield Antitrust Litigation*;

**WHEREAS**, the JPML issued a Conditional Transfer Order on April 1, 2025, conditionally transferring the above-captioned action to the Northern District of Alabama for coordinated or consolidated pretrial proceedings as part of MDL No. 2406;

**WHEREAS**, Plaintiffs have submitted a Notice of Opposition to the Conditional Transfer Order and have filed a Motion to Vacate the Conditional Transfer Order, the full briefing of which was not complete until May 21, 2025;

**WHEREAS**, the Parties anticipate that the JPML will not issue a decision on Plaintiffs' Motion to Vacate the Conditional Transfer Order until after Defendants' deadline to respond to the complaint in the above-captioned action has passed;

**WHEREAS**, the Parties agree it would be most efficient for the courts and the litigants to ensure that any early motions in the above-captioned matter are filed and briefed before whichever court will ultimately hear them;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that:

1. Defendants' time to respond to Plaintiffs' complaint is stayed pending the JPML's final decision on transfer;

2. The Parties will meet and confer within 14 days of the JPML's issuance of a final decision on transfer to agree on a deadline for Defendants to respond to the complaint;

3. The Parties jointly request that the initial status hearing and initial status report are adjourned pending the JPML's final decision on transfer;

4. The Parties agree to notify the Court within two business days of the JPML's issuance of a final decision on transfer of the JPML's decision and propose appropriate next steps in light of that ruling; and

5. Defendants enter this stipulation expressly preserving, and without waiving, all defenses (other than those based on service of process), including expressly preserving all arguments as to lack of personal jurisdiction.

DATED: May 27, 2025  Respectfully submitted,

PAUL HASTINGS LLP  CRAVATH, SWAINE & MOORE LLP

By: /s/ Ryan Phair  
Ryan M. Phair  
Michael F. Murray  
Carter C. Simpson  
Christoper Brewer  
Emma Hutchison  
PAUL HASTINGS LLP  
2050 M. Street NW  
Washington, DC 20036  
Email: ryanphair@paulhastings.com  
Telephone: (202) 551-1751  

Renato Mariotti  
Michael Morrill  
PAUL HASTINGS LLP  
71 South Wacker Drive, Suite 4500  
Chicago, IL  
Email: renatomariotti@paulhastings.com  
Telephone: (312) 499-6000  

James M. Pearl  
Navi S. Dhillon  
Kiaura Clark  
PAUL HASTINGS LLP  
1999 Avenue of the Stars, Fl. 27  
Email: jamespearl@paulhastings.com  
Telephone: (310) 620-5700  

Barry G. Sher  
Avi Weitzman  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, NY 10166  
Email: barrysher@paulhastings.com  
Telephone: (212) 318-6000  

*Counsel for Adventist Health System Sunbelt Healthcare Corporate d/b/a AdventHeahlth; Adventist Health System/West; Ardent Health Partners, Inc.;*

By: /s/ Karin A. DeMasi  
Karin A. DeMasi (*pro hac vice forthcoming*)  
Lauren R. Kennedy (*pro hac vice forthcoming*)  
David H. Korn (*pro hac vice forthcoming*)  
Lillian S. Grossbard (*pro hac vice forthcoming*)  
CRAVATH, SWAINE & MOORE LLP  
Two Manhattan West  
375 Ninth Avenue  
New York, NY 10001  
Tel: (212) 474-1000  
Fax: (212) 474-3700  
kdemasi@cravath.com  
lkennedy@cravath.com  
dkorn@cravath.com  
lgrossbard@cravath.com  

*Lead Counsel for the Blue Cross Blue Shield System; Counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; BlueCross BlueShield of South Carolina; BlueCross BlueShield of Tennessee, Inc.; Blue Cross Blue Shield of Wyoming; California Physicians' Service d/b/a Blue Shield of California; Capital Blue Cross; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New*

6

*Banner Health; Beverly Community Hospital Association d/b/a Beverly Hospital; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; LifePoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc; Rochester Regional Health; Sound Inpatient Physicians, Inc.; Sutter Health; and The University of Wisconsin Hospitals and Clinics Authority*

Kathryn A. Reilly
Michael T. Williams
Judith P. Youngman
Galen D. Bellamy
Joel S. Neckers
Michael R. Krantz
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Email: reilly@wtotrial.com
Telephone: (303) 244-1918

*Counsel for Plaintiffs Corewell Health, Iowa Health System d/b/a UnityPoint, and Hospital Sisters Health System*

*Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; Triple-S Salud, Inc.*

Craig A. Hoover
E. Desmond Hogan
Justin Bernick
Elizabeth Jose
W. David Maxwell
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
justin.bernick@hoganlovells.com
elizabeth.jose@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon*

Jeffrey J. Zeiger, P.C.

KIRKLAND & ELLIS LLP

7

333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jzeiger@kirkland.com

*Counsel for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Highmark Health; Highmark Inc., f/k/a Highmark Health Services; Highmark West Virginia Inc.; Highmark BCBSD Inc.; Highmark Western and Northeastern New York Inc.*

John D. Martin
Lucile H. Cohen
Travis A. Bustamante
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 255-9421
Fax: (803) 256-7500
john.martin@nelsonmullins.com
lucie.cohen@nelsonmullins.com
travis.bustamante@nelsonmullins.com

*Counsel for Elevance Health f/k/a Anthem, Inc., and all of its named subsidiaries in this action; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Blue Cross and Blue Shield of South Carolina; Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Blue Cross and Blue Shield*

*of Vermont; Cambia Health Solutions, Inc.; Regence Blue Shield of Idaho; Regence Blue Cross Blue Shield of Utah; Regence Blue Shield (of Washington); Regence Blue Cross Blue Shield of Oregon; Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Triple-S Salud, Inc; Defendants Blue Cross and Blue Shield of Florida, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; BlueCross BlueShield of Tennessee, Inc.*

Todd M. Stenerson
Brian C. Hauser
ALLEN OVERY SHEARMAN STERLING LLP
1101 New York Avenue NW
Washington, DC 20005
Tel: (202) 508-8000
Fax: (202) 508-8100
todd.stenerson@aoshearman.com
brian.hauser@aoshearman.com

Rachel Mossman Zieminski
ALLEN OVERY SHEARMAN STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Tel: (214) 271-5777
Fax: (214) 271-5778
rachel.zieminski@aoshearman.com

Sarah L. Cylkowski
Alexandra C. Markel
BODMAN PLC
1901 Saint Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Tel: (313) 259-7777
Fax: (734) 930-2494

scylkowski@bodmanlaw.com
amarkel@bodmanlaw.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan Mutual Insurance Company; Blue Cross and Blue Shield of Vermont*


John DeQ. Briggs
Kenina J. Lee
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 912-4700
Fax: (202) 912-4701
jbriggs@axinn.com
klee@axinn.com

*Counsel for Defendant Independence Blue Cross*


Sarah Gilbert
Honor Costello
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Ave.
New York, NY 10001
Tel: (212) 223-4000
Fax: (212) 223-4134
sgilbert@crowell.com
hcostello@crowell.com

*Counsel for Defendants Blue Cross and Blue Shield of Nebraska; GoodLife Partners, Inc.; Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas, Inc.; Blue Cross Blue Shield of North Dakota*


Gwendolyn Payton
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

Tel: (206) 626-7714
Fax: (206) 299-0414
gpayton@kilpatricktownsend.com

*Counsel for Defendants Premera Blue Cross, d/b/a Premera Blue Cross Blue Shield of Alaska*

M. Patrick McDowell
Norman E. "Benje" Bailey. Jr.
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street
The Pinnacle Building, Suite 100
Jackson, MS 39201
Tel: (601) 948-3101
Fax: (601) 960-6902
pmcdowell@brunini.com

Cheri D. Green
BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY
P.O. Box 1043
Jackson, MS 39215
Tel: (601) 932-3704
cdgreen@bcbsms.com

*Counsel for Defendant Blue Cross & Blue Shield of Mississippi, a Mutual Insurance Company*

Thomas J. Diaz
USABLE MUTUAL INSURANCE COMPANY
601 S. Gaines Street, 8th Floor
Little Rock, Arkansas 72201
Tel: (501) 378-2380
tjdiaz@arkbluecross.com

*Counsel for Defendant USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield*

        Edward S. Bloomberg
        John G. Schmidt Jr.
        Anna Mercado Clark
        PHILLIPS LYTLE LLP
        One Canalside
        125 Main Street
        Buffalo, NY 14203-2887
        Telephone No. (716) 847-8400
        ebloomberg@phillipslytle.com
        jschmidt@phillipslytle.com
        aclark@phillipslytle.com

        *Attorneys for Defendant Excellus Health Plan, Inc., d/b/a Excellus BlueCross BlueShield*

**SO ORDERED.**

_____
Hon. Thomas M. Durkin
United States District Judge


__May 29__, 2025
Chicago, Illinois